UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NX LIFESTYLE FREIGHT FORWARDING USA, INC., *formerly known as* FRANCO VAGO INTERNATIONAL INC.,

Plaintiff,

v.

GLASBILT LLC,

Defendant.

**ORDER**

26 Civ. 797 (ER)

RAMOS, D.J.

This action was filed on January 29, 2026. Doc. 1. Service was accepted on February 27, 2026 and defendant's answer was accordingly due on March 20, 2026. Doc. 7. Since then, there has been no further activity in this case.

Plaintiff is instructed to submit a status report by no later than October 28, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.