MONTGOMERY McCRACKEN

ATTORNEYS AT LAW

**Matteo Bonuzzi**
Partner

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7771
Fax: 212-559-1759
Email: mbonuzzi@mmwr.com

**MEMO ENDORSED**

November 4, 2026

*VIA ECF*

**Honorable Edgardo Ramos, U.S.D.J.**
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Plaintiff's request is granted. Plaintiff is directed to file its Order to Show Cause by November 13, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 5, 2026
New York, New York

**Re:** ***NX Lifestyle Freight Forwarding USA Inc., formerly known as Franco Vago International Inc. v. Glasbilt LLC*, No. 26 Civ. 797 (ER)**

Dear Hon. Judge Ramos,

We represent NX Lifestyle Freight Forwarding USA Inc., formerly known as Franco Vago International Inc., the plaintiff in the above-referenced action ("Plaintiff").

With Order dated October 29, 2026, Your Honor ordered Plaintiff to file its Order to Show Cause for default judgment by November 6, 2026. Pursuant to Rule 1(E) of the Court's Individual Rules of Practice, Plaintiff respectfully requests a seven-day extension of time, from Friday, November 6, 2026 to Friday, November 13, 2026, to file its Order to Show Cause. This request is made before the expiration of the original deadline.

In support of its request for an extension of time, Plaintiff states the following:

**1. Original date.** Plaintiff's Order to Show Cause is currently due on Friday, November 6, 2026 per the Court's Order dated October 29, 2026 ECF No. 11.

**2. Previous requests and whether granted or denied.** This is Plaintiff's first request for an extension of this deadline. There have been no previous requests for an adjournment or extension, and accordingly none has been granted or denied.

**3. Reason for the instant request.** Plaintiff is seeking a default due to Defendant's failure to answer or otherwise move with respect to Plaintiff's Complaint. Attachment A to Your Honor's Individual Practice Rules requires that, in such event, a Certificate by the Clerk of the

Court be attached to Plaintiff's proposed Order to Show Cause. The Clerk's certificate of default is a document necessary to complete the Order to Show Cause pursuant to Attachment A to Your Honor's Individual Practice Rules. Defendant was served on February 27, 2026, and its answer was due on March 20, 2026. Defendant has not answered or appeared. On November 3, 2026, Plaintiff filed its Request for Issuance of a Clerk's Certificate of Default (ECF Nos. 12 and 13) and a proposed Clerk's Certificate of Default. As of the filing of this request, the Clerk has not yet acted on the proposed certificate.

Because the Order to Show Cause cannot be completed without the certificate, Plaintiff respectfully requests a short seven (7) day extension so that the Clerk may act and Plaintiff may then file a complete Order to Show Cause with all supporting documentation. Plaintiff has acted diligently, and this request is not made for purposes of delay.

**4. Adversary's consent.** Defendant Glasbilt LLC. has not appeared in this action, and Plaintiff therefore has no adversary from whom to seek consent. Defendant will not be prejudiced by the requested extension.

**5. Effect on other scheduled dates.** The requested extension does not affect any other scheduled dates in this action, and a proposed Revised Scheduling Order is therefore not attached.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file its Order to Show Cause by seven days, from Friday, November 6, 2026 to Friday, November 13, 2026.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Matteo Bonuzzi
Matteo Bonuzzi

Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 24th Floor
New York, New York 10022

Attorneys for Plaintiff NX Lifestyle Freight Forwarding USA Inc.