MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**MEMO ENDORSED**

**Matteo Bonuzzi**
Partner

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7771
Fax: 212-559-1759
Email: mbonuzzi@mmwr.com

November 12, 2026

*VIA ECF*

**Honorable Edgardo Ramos, U.S.D.J.**
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The request is granted. Plaintiff's deadline to file its OTSC is extended to 11/20/2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/13/2026
New York, New York

**Re:** ***NX Lifestyle Freight Forwarding USA Inc., formerly known as Franco Vago International Inc. v. Glasbilt LLC*, No. 26 Civ. 797 (ER)**

Dear Hon. Judge Ramos,

We represent Plaintiff NX Lifestyle Freight Forwarding USA Inc., formerly known as Franco Vago International Inc. ("Plaintiff"), in the above-referenced action. Under Section 1.E of Your Honor's Individual Practices, Plaintiff respectfully requests a second extension of time to file its Order to Show Cause for default judgment, from Friday, November 13, 2026, to Friday, November 20, 2026. This request is made before the current deadline expires.

In support of its request for an extension of time, Plaintiff states the following:

**1. Original date.** By Order dated October 29, 2026, Your Honor ordered Plaintiff to file its Order to Show Cause for default judgment by November 6, 2026. By Order dated November 5, 2026, the Court extended that deadline to November 13, 2026. [ECF No. 16].

**2. Previous requests and whether granted or denied.** This is Plaintiff's second request. Plaintiff made its first request by letter-motion filed November 4, 2026 [ECF No. 15], because the Clerk had not yet issued the Certificate of Default that Attachment A ¶2.E of the Individual Practices requires. The Court granted that request on November 5, 2026.

**3. Reason for the instant request.** The obstacle that prompted the first request has been resolved. The Clerk entered the Certificate of Default on November 9, 2026 [ECF No. 19],

certifying that Glasbilt LLC was served through the New York Secretary of State on February 27, 2026, and has not answered or otherwise moved.

One item is still outstanding: the sworn statement of damages. Local Civil Rule 55.2(c) and Attachment A ¶2.A.iii require a statement of damages, sworn or affirmed by a person with personal knowledge, showing the basis for each element of damages, including interest. The Italian judgment Plaintiff seeks to have recognized awards late-payment interest under Article 5 of Italian Legislative Decree 231/2002, running until payment. Plaintiff has asked its Italian counsel for an updated interest calculation under Italian law so that the statement of damages is accurate as of filing. Plaintiff has not yet received that calculation. In addition, Plaintiff recently had a change in senior management, which has delayed corporate review and execution of the statement of damages by an authorized representative. Plaintiff therefore cannot yet file a complete Order to Show Cause that complies with Attachment A and Local Civil Rule 55.2.

Plaintiff regrets the delay and requests this additional time in good faith. Plaintiff does not expect to seek a further extension. By the requested deadline, Plaintiff will either file its Order to Show Cause for default judgment or inform the Court by letter how it intends to proceed.

**4. Adversary's consent.** Defendant Glasbilt LLC. has not appeared in this action, and Plaintiff therefore has no adversary from whom to seek consent. Defendant will not be prejudiced by the requested extension.

**5. Effect on other scheduled dates.** The requested extension does not affect any other scheduled dates in this action, and a proposed Revised Scheduling Order is therefore not attached.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file its Order to Show Cause by seven days, from Friday, November 13, 2026 to Friday, November 20, 2026.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Matteo Bonuzzi
Matteo Bonuzzi

Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 24th Floor
New York, New York 10022

Attorneys for Plaintiff NX Lifestyle Freight Forwarding USA Inc.